# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARLENE WELLS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　Defendant. | No. 8:22-cv-02305-SP<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: June 15, 2023

　　　　　　　　　　　　　　　　　　　　_/s/ Sheri Pym_
　　　　　　　　　　　　　　　　　　　　HON. SHERI PYM
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE